## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) Criminal No. 2:22-mj-148-KFW<br>) |
| JOHN WILSON | )<br>) |

### CRIMINAL COMPLAINT

I, David Fife, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
### (Possession of Child Pornography)

On about June 28, 2022, in the District of Maine, the defendant,

**JOHN WILSON,**

knowingly possessed a black Acer Aspire laptop bearing serial number NXGNVAA00282812-7437600 that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8). The images had been shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. At least one image of child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2) and 2256(8)(A).

I further state that I am a Special Agent with Homeland Security Investigations, and that this complaint is based on the facts contained in the attached affidavit, which is incorporated by reference herein.

Dated at Portland, Maine this 31st day of August, 2022.

David Fife
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Aug 31 2022

City and state: Portland, Maine

Karen Frink Wolf,  U.S. Magistrate Judge
*Printed name and title*