## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A CRIMINAL COMPLAINT

I, David Fife, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging John C. Wilson with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

2. I am a Special Agent with Homeland Security Investigations (HSI) and have been since August 2009. I am currently assigned to HSI's Portland, Maine office. I have participated in numerous criminal investigations, to include matters involving the sexual exploitation of children.

3. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint. The facts set forth in this affidavit are based upon my personal knowledge, information obtained during my participation in this investigation including information provided by other investigators, my review of documents and computer records related to this investigation, and information gained through my training and experience. Based on my training and experience and the facts as set forth in this affidavit, I submit that probable cause exists to believe that John C. Wilson possessed child pornography in June of 2022 in violation of 18 U.S.C. § 2252A(a)(5)(B).

### STATUTORY AUTHORITY

4. 18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing any material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting

interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

5. The following definitions apply to this Affidavit:

   a) "Child Pornography," as used herein, is defined by 18 U.S.C. § 2256(8) to mean any visual depiction including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means of sexually explicit conduct, where (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

   b) "Sexually explicit conduct," as used herein, is defined by 18 U.S.C. § 2256(2)(A) to mean actual or simulated (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the anus, genitals, or pubic area of any person.[1]

---

[1] 18 U.S.C. § 2256(2)(A)(v) was amended on December 7, 2018, to include lascivious exhibition of the "anus" to the definition of "sexually explicit conduct."

2

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

### A. Initial Receipt of Information regarding John Wilson

6. On March 29, 2022, HSI Portland, ME Special Agent David Pawson was contaced by the Cumberland County Sheriff's Office (CCSO) and provided information they had received concerning the online activities of a previously convicted sex offender by the name of John C. Wilson ("Wilson").[2] According to the CCSO, the department had been contacted separately by the parents of two unrelated minors in Australia and Louisiana, aged approximately 8 and 9, regarding the attempted sexual exploitation of each over online platforms. As described by each caller, the perpetrator had variously identified himself on his accounts as "John Wilson" and, based on his public-facing account profile information or via actual statements to the minors, had listed his location as being in Maine and/or the town of Steep Falls.[3] Each parent reported to the CCSO that the individual identifying himself as Wilson had requested naked or sexually explicit images from the children; in both cases, the parents had become aware of the solicitations before any images were actually sent to Wilson.

7. In the conversations with the Australian minor in particular, the parent reported that Wilson had used Facebook Messenger during the attempted solicitation of explicit images, and that the messages were tied to Facebook account 100075173092636. On March 29, 2022, a

---

[2] Wilson was convicted of possessing child pornography in Penobscot County in 2012. In 2015, Wilson was interviewed by officers with the Bangor Police Department in response to a complaint by a neighbor and admitted that he had exposed his penis to two young boys because it "aroused him." Later that same year, Wilson was caught peeking under the stall of a restroom in a Hannaford's grocery store to watch a young boy going to the bathroom.

[3] Steep Falls is a division of the town of Standish, located in Cumberland County, Maine.

preservation request and subpoena for records were provided to Facebook for this account, and on April 13, 2022, SA Pawson received and reviewed the results. I have also reviewed these records and find that the account was registered in November 2021 in the name of "Johnwilsongaming WILSON," and had been logged in/out almost exclusively from IP address 98.13.73.229. Records subsequently received via subpoena to the holder of this IP address, Charter Communications, revealed that it was assigned to a B.B.[4] at 760 Boundary Road, Steep Falls, ME 04085, at the relevant dates/times provided by Facebook.[5]

8.   Following receipt of the information from CCSO, SA Pawson requested a search of any information held by the National Center for Missing and Exploited Children (NCMEC)[6] for Wilson's online identifiers, as provided in the reports to CCSO. These identifiers consisted of Wilson's name, the aforementioned Facebook account, an email address, two PlayStation Network accounts, a YouTube account, and IP address 98.13.73.229. On April 14, 2022, NCMEC responded to SA Pawson's request, and reported that it had received a tip from Facebook on/around March 22, 2022, describing an incident in which Wilson's account had received child sexual abuse material (CSAM) images from an account with an IP address in the Philippines. At the time of receipt, Wilson's account was using IP address 98.13.73.229. NCMEC further reported that it had received a report in May 2021 concerning the platform

---

[4] I am using initials herein to protect the privacy of witnesses and other individuals who are not targets.

[5] 760 Boundary Road in Steep Falls/Standish, ME is a group home and, according to CCSO, is John C. Wilson's present address and was his address at the time of the reported activity.

[6] NCMEC is a national repository of reports, tips, and other information provided by internet service providers, tech companies, private citizens, and other entities regarding potential or confirmed online activities involving the sexual exploitation/abuse of children.

"chat-avenue.com." The reporting party in this instance claimed to be a 13-year-old child and stated that Wilson had sent a one-minute video of himself masturbating during a conversation wherein the tipster identified himself as a 13-year-old. The tipster provided some screenshots of the conversation, including those featuring Wilson's face, email address, and the content of an email in which Wilson identifies himself to the purported minor as actually being a 33-year-old man.

9. On June 25, 2022, CCSO deputies James Bradbury and Warren Day visited Wilson at his residence on Boundary Road and spoke with him about some of the reports of online solicitation that had been made to their office. Immediately prior to the visit, Wilson had also called 911 (routed to the Cumberland County Sheriff's Office dispatch service) to report that he had been talking to underage juveniles online.[7] During the conversation with the CCSO deputies, Wilson recounted that he had been speaking with underage girls on the internet, and acknowledged that he believed some were as young as 11 years old. According to the officers' report, Wilson stated that he "needs help for his problem" and was afraid of going back to jail.

---

[7] Wilson did so because he had been confronted online by a 'watchdog' group called "Women Against Predators," which had posed as a series of underage girls in conversations with him. After Wilson masturbated on video while chatting with someone he believed to be an 11 year old girl, the group revealed its true identity to him and threatened to report him to the police. The group then recorded and published a YouTube video of their confrontation with him, and told him that if he turned himself in, they would not call the police.

### B. HSI Interview with Wilson and Consent Detention of his Laptop

10. On June 28, 2022, SA Pawson and HSI Portland Task Force Officer (TFO) Kimberly Christoff conducted a consensual interview of Wilson at his Boundary Road residence. At the beginning of the interview, Wilson told investigators that he had graduated from high school, although he did attend some special education classes.[8] When asked about his call to the CCSO/911, Wilson admitted that he has a problem with his sexual interest in children and needs help. Wilson also confirmed a sexual interest in pre-teens but stated that his main interest is in minors aged 13 and older.

11. Wilson further stated that he had last accessed CSAM approximately within the last two weeks, and that he had been invited into an online group in which CSAM was shared. Wilson stated that while he masturbated to these images, he neither downloaded nor saved them. Wilson admitted that he does speak with minors online and that he occasionally asks them for explicit images of themselves, though he did not recall an instance in which he was successful in this endeavor. He stated that he would normally wait until he believed the minor was comfortable with him before asking them for sexually explicit images. Wilson did however acknowledge masturbating and recording himself doing so online, and stated that he had provided images and videos of this act to those he believed to be minors during his chats.

---

[8] Wilson also stated that he was autistic and had been born with Fetal Alcohol Syndrome. Wilson told investigators, however, that he was living in a group home because his mother, who is apparently his legal guardian, was not comfortable with Wilson living alone and believed he needed more assistance because of his prior sex offenses. During the interview, Wilson appeared capable of making rational decisions and was able to engage in a normal conversation with no apparent difficulties.

12.     At the conclusion of the interview, SA Pawson asked Wilson if he would consent to a search of his laptop, which was a black Acer Aspire bearing serial number NXGNVAA00282812-7437600. Wilson consented to the search. Upon obtaining Wilson's consent, SA Pawson and TFO Christoff then took custody of the laptop and transported it to the HSI office in downtown Portland.

### Forensic Analysis of Wilson's Laptop

13.     Following the detention of Wilson's Acer Aspire laptop, HSI computer forensics agent (CFA) Christopher Fitzpatrick conducted a preliminary forensic analysis of the device. During his review, CFA Fitzpatrick identified the following CSAM on Wilson's laptop. I have reviewed these files as well, and provide the following description:

   a.   A video file named "599827ea-d7af-4a63-b523-8991026b8a07", MD5 55408CE92C17698912B1C996CFC3EDA3, depicting a prepubescent minor female, nude from the waist down. The girl is initially depicted laying on her left hip with her right leg in the air, exposing her genitalia. The girl proceeds to touch her genitalia with her right hand. The girl then begins to expose her chest to the camera toward the end of the video. A still image from video "599827ea-d7af-4a63-b523-8991026b8a07" is marked as Exhibit 1 and submitted herewith under seal.

   b.   A video file named "f_000320", MD5 396718A92BF01AA0FE6B70B10623383A, depicting a naked prepubescent male being repeatedly anally penetrated by what appears to be an adult male. The boy is laying on top of the adult male, facing the camera. A still image from video "f_000320" is marked as Exhibit 2 and submitted herewith under seal.

7

  c. A video file named "f_000339". MD5 61BD92B55FA58000FC0A9DD05AEBB6F1. depicting a naked prepubescent male, who is blindfolded and laying on his back. The child is being anally penetrated by a male of an indeterminate age, while he is being made to both masturbate another juvenile male and perform oral sex on a third male of indeterminate age. A still image from video "f_000339" is marked as Exhibit 3 and submitted herewith under seal.

  14. Following the forensic review of the laptop, CFA Fitzpatrick submitted the videos described above to NCMEC for review and comparison against the Center's library of identified series/victims and "seen before" CSAM files. As of the date of this affidavit. CFA Fitzpatrick received a response only concerning the video described in paragraph 13(a) above. which identified that video simply as one that NCMEC had "seen before" in previous submissions from other investigators on unrelated cases.

  15. I know based on my training and experience, and open-source searches of the internet, that Acer Laptops are manufactured in Taiwan and/or the People's Republic of China, and thus Wilson's Acer device would necessarily have had to travel in interstate and foreign commerce prior to his acquisition of it.

## CONCLUSION

  16. Based on the forgoing, I submit that probable cause exists to believe that on or about June 28, 2022, Wilson knowingly possessed a black Acer laptop bearing serial number NXGNVAA00282812-7437600 that contained child pornography, and which had previously been transported in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 2252A(a)(5)(B). I further submit that there is probable cause to believe that at least one image of

child pornography involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age.

Dated at Portland, Maine this 31st of August, 2022.

_____
David Fife
Special Agent
Homeland Security Investigations

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Aug 31 2022

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf,  U.S. Magistrate Judge
Printed name and title